UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL JOSUE GARCIA,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE,<br><br>        Respondent. | Case No. 2:24-cv-03624-MEMF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Extension of Time to File a Petition (the "Motion"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Motion for lack of jurisdiction and dismissing this action WITHOUT PREJUDICE.

DATED: January 21, 2025

HON. MAAME EWUSI-MENSAH FRIMPRONG
UNITED STATES DISTRICT JUDGE