JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL JOSUE GARCIA, | Case No. 2:24-cv-03624-MEMF-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 21, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPRONG
UNITED STATES DISTRICT JUDGE